# Mississippi Electronic Courts
## Seventh Circuit Court District (Hinds Circuit Court - Jackson)
## CIVIL DOCKET FOR CASE #: 25CI1:23-cv-00367-AHW

MAXWELL v. YOUNG et al

Assigned to: Adrienne Wooten

**Upcoming Settings:**

None Found

Date Filed: 06/28/2023

Current Days Pending: 48

Total Case Age: 48

Jury Demand: None

Nature of Suit: Negligence - Motor Vehicle (182)

**Plaintiff**

**BRYNT R. MAXWELL**                    represented by  **Paul V Ott**
Morgan & Morgan, PLLC
Mississippi
4450 Old Canton Road
Suite 200
39211
JACKSON, MS 39211
601-503-1667
Fax: 601-503-1613
Email: pott@forthepeople.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CHRISTOPHER YOUNG**                    represented by  **Ben Woodhouse**
Wilson Elser Moskowitz Edelman & Dicker LLP
1400 Meadowbrook Road, Suite 100
JACKSON, MS 39211
601-499-8081
Fax: 601-499-8078
Email: ben.woodhouse@wilsonelser.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**MONTROSE AIR QUALITY SERVICE, LLC**                    represented by  **Ben Woodhouse**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Clear | Sort Order | Docket Text |
|---|---|---|---|---|

| 06/28/2023 | 2 | ☐ (7 pages)<br>Attachments(+/-) | COMPLAINT against MONTROSE AIR QUALITY SERVICE, LLC, CHRISTOPHER YOUNG, filed by BRYNT R. MAXWELL. (Attachments: # 1 Civil Cover Sheet,) (KK) (Entered: 06/28/2023) |
|---|---|---|---|
| 06/28/2023 | 3 | ☐ (1 page ) | SUMMONS Issued to MONTROSE AIR QUALITY SERVICE, LLC. (KK) (Entered: 06/28/2023) |
| 06/28/2023 | 4 | ☐ (1 page ) | SUMMONS Issued to CHRISTOPHER YOUNG. (KK) (Entered: 06/28/2023) |
| 07/05/2023 | 5 | ☐ (2 pages) | NOTICE OF SERVICE of Interrogatories Propounded to Christopher Young, NOTICE OF SERVICE of Request for Production of Documents Propounded to Christopher Young by BRYNT R. MAXWELL. (Ott, Paul) (Entered: 07/05/2023) |
| 07/05/2023 | 6 | ☐ (2 pages) | NOTICE OF SERVICE of Interrogatories Propounded to Montrose Air Quality Service, LLC, NOTICE OF SERVICE of Request for Production of Documents Propounded to Montrose Air Quality Service, LLC by BRYNT R. MAXWELL. (Ott, Paul) (Entered: 07/05/2023) |
| 07/26/2023 | 7 | ☐ (2 pages) | SUMMONS Returned Executed by BRYNT R. MAXWELL. CHRISTOPHER YOUNG served on 7/16/2023, answer due 8/15/2023. Service type: Substituted, copy left with Susan Young-Wife (Ott, Paul) (Entered: 07/26/2023) |
| 07/26/2023 | 8 | ☐ (1 page ) | MISCELLANEOUS DOCUMENT: Correspondence Letter to Defendant Christopher Young regarding Proof of Service, Summons and Complaint Served by BRYNT R. MAXWELL. (Ott, Paul) (Entered: 07/26/2023) |
| 08/15/2023 | 9 | ☐ (12 pages)<br>Attachments(+/-) | NOTICE of Notice of Removal by MONTROSE AIR QUALITY SERVICE, LLC, CHRISTOPHER YOUNG (Attachments: # 1 Exhibit A - Notice of Removal filed in USDC,) (Woodhouse, Ben) (Entered: 08/15/2023) |

**Selected Pages: 0**

[ View Selected ]  [ Download Selected ]

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

BRYNT R. MAXWELL                                                                          PLAINTIFF

VS.                                                            CIVIL ACTION NO. 23-362

CHRISTOPHER YOUNG AND
MONTROSE AIR QUALITY
SERVICES, LLC                                                                          DEFENDANTS

## COMPLAINT WITH DISCOVERY ATTACHED
## JURY TRIAL REQUESTED

COMES NOW Brynt R. Maxwell, by and through counsel, and for cause of action against

the defendant, Christopher Young and Montrose Air Quality Services, LLC, states and alleges the

following:

1.

Brynt R. Maxwell is an adult resident citizen of Byram, Hinds County, Mississippi.

2.

Christopher Young is an adult resident citizen of Chelsea, Alabama, and may be served with

process at 153 Lakeland Ridge, Chelsea, Alabama 35043.

3.

Montrose Air Quality Services, LLC is a California Limited Liability Company organized

and existing under the laws of the State of California; is not licensed to do but is doing business in

the State of Mississippi; has its principal place of business at 1 Park Plaza, Suite 1000, Irvine, CA

92614; and, may be served by and through service upon its registered agent for service,

Corporation Service Company, Inc., 641 South Lawrence Street, Montgomery, AL 36104.

4.

This Court has jurisdiction over this matter pursuant to the Mississippi Constitution and the

1

laws of the State of Mississippi. Venue is proper in this Honorable Court as the acts complained of occurred in whole or in part in Hinds County, Mississippi.

5.

On or about March 14, 2023, Brynt R. Maxwell was operating a vehicle which was involved in a motor vehicle collision that occurred on Siwell Road in Byram, Hinds County, Mississippi. At such time, Brynt R. Maxwell was traveling east on Siwell Road. At the same time and place, Christopher Young was traveling west on Siwell Road and attempting to turn left to travel south on Terry Road.

6.

As Brynt R. Maxwell was attempting to travel east on Siwell Road, suddenly and without warning, Christopher Young failed to yield the right of way to Brynt R. Maxwell, attempted to turn left to travel south on Terry Road and collided with the vehicle being operated by Brynt R. Maxwell.

7.

Brynt R. Maxwell was operating his vehicle in a lawful and prudent manner at the time of the collision and was not negligent in the operation of his vehicle.

8.

The collision and resulting damages to Brynt R. Maxwell were directly and proximately caused by the negligence of Christopher Young in the following ways:

(a)     Failing to obey the traffic signs;

(b)     Failing to keep his vehicle under reasonable and proper control;

(c)     Failing to keep a reasonable and proper lookout as he operated his vehicle;

(d)     Failing to yield the right of way;

2

(e)     Failing to obey traffic signals;

(f)     Failing to abide by the Rules of the Road;

(g)     Operating his vehicle in a careless and negligent manner;

(h)     Failing to give adequate warnings of a collision;

(i)     Causing his vehicle to collide into the Plaintiff; and/or,

(j)     Other acts of omission and commission to be named in a trial of this matter.

9.

At all relevant times hereto, Christopher Young was operating a vehicle owned and maintained by Montrose Air Quality Services, LLC and was acting in the course and scope of his employment with Montrose Air Quality Services, LLC. As such, Montrose Air Quality Services, LLC is vicariously liable for any and all negligent acts of Christopher Young under the theory of Respondeat Superior and/or vicarious liability as the employer of Christopher Young or as owner and maintainer of the vehicle Christopher Young was operating at the time of the collision.

10.

As a result of Christopher Young's negligent acts and/or omissions, Brynt R. Maxwell has suffered past, present, and future medical expenses; past, present, and future loss of wages or wage-earning capacity; past, present, and future loss of household services; disfigurement; impairment; disability; property damage; and, past, present, and future pain and suffering and resulting emotional distress and mental anguish and the loss of enjoyment of life.

11.

Based on the foregoing, Brynt R. Maxwell requests an award of damages including but not limited to the following:

3

1. Past, present, and future pain and suffering and resulting emotional distress and mental anguish;

2. Loss of enjoyment of life;

3. Past, present, and future loss of wages or wage-earning capacity;

4. Past, present, and future loss of household services;

5. Disfigurement, impairment and disability;

6. Past medical expenses;

7. Future medical expenses;

8. Property damage;

9. Pre-judgment interest;

10. Post-judgment interest; and,

11. All costs of court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Brynt R. Maxwell, demands judgment against Christopher Young and Montrose Air Quality Services, LLC in an amount in excess of $75,000, exclusive of interest and costs, and in excess of the jurisdictional minimum of this court and to be determined by a jury to adequately compensate the plaintiff for his injuries; pre-judgment and post-judgment interest; his costs in pursuing this lawsuit; and any other relief to which he may be entitled under Mississippi Law.

RESPECTFULLY SUBMITTED, this the ___26th___ day of June, 2023.

BRYNT R. MAXWELL

BY: _____

OF COUNSEL

PAUL V. OTT, ESQ. (MSB #8742)
MORGAN & MORGAN, PLLC
4450 OLD CANTON RD., SUITE 200
JACKSON, MS 39211
TELEPHONE: (601) 503-1667
FACSIMILE: (601) 503-1613
POTT@FORTHEPEOPLE.COM

| **COVER SHEET** Civil Case Filing Form *(To be completed by Attorney/Party Prior to Filing of Pleading)* | Court Identification Docket # | Case Year | Docket Number |
|---|---|---|---|

Court Identification Docket #: `2 5 1 1` `C I 1`
County #  Judicial District  Court ID (CH, CI, CO)

Case Year: `2 0 2 3`

Docket Number: `3 6 7`

Local Docket ID

`0 6 2 8 2 3`
Month  Date  Year

Mississippi Supreme Court  Form AOC/01
Administrative Office of Courts  (Rev 2020)

This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the CIRCUIT  Court of HINDS  County — FIRST  Judicial District

**Origin of Suit (Place an "X" in one box only)**

- [X] Initial Filing
- [ ] Reinstated
- [ ] Remanded
- [ ] Reopened
- [ ] Foreign Judgment Enrolled
- [ ] Joining Suit/Action
- [ ] Transfer from Other court
- [ ] Appeal
- [ ] Other

**Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form**

Individual Maxwell
Last Name

Brynt
First Name

Maiden Name, if applicable

R
M.I.   Jr/Sr/III/IV

____ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ____

____ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency ____

Business ____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ____

Address of Plaintiff  416 Siwell Meadows Drive, Byram, MS 39272

Attorney (Name & Address)  Paul V. Ott 4450 Old Canton Rd. #200 Jackson, MS 39211

MS Bar No. 8742

____ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney

Signature of Individual Filing: ____

**Defendant - Name of Defendant - Enter Additional Defendants on Separate Form**

Individual Young
Last Name

Christopher
First Name

Maiden Name, if applicable

M.I.   Jr/Sr/III/IV

____ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ____

____ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ____

Business ____
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

____ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A ____

Attorney (Name & Address) - If Known ____

MS Bar No. ____

____ **Check ( x ) if child support is contemplated as an issue in this suit.***
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

**Nature of Suit (Place an "X" in one box only)**

| Domestic Relations | Business/Commercial | Children/Minors - Non-Domestic | Real Property |
|---|---|---|---|
| [ ] Child Custody/Visitation | [ ] Accounting (Business) | [ ] Adoption - Contested | [ ] Adverse Possession |
| [ ] Child Support | [ ] Business Dissolution | [ ] Adoption - Uncontested | [ ] Ejectment |
| [ ] Contempt | [ ] Debt Collection | [ ] Consent to Abortion | [ ] Eminent Domain |
| [ ] Divorce:Fault | [ ] Employment | [ ] Minor Removal of Minority | [ ] Eviction |
| [ ] Divorce: Irreconcilable Diff. | [ ] Foreign Judgment | [ ] Other ____ | [ ] Judicial Foreclosure |
| [ ] Domestic Abuse | [ ] Garnishment | **Civil Rights** | [ ] Lien Assertion |
| [ ] Emancipation | [ ] Replevin | [ ] Elections | [ ] Partition |
| [ ] Modification | [ ] Other ____ | [ ] Expungement | [ ] Tax Sale: Confirm/Cancel |
| [ ] Paternity | **Probate** | [ ] Habeas Corpus | [ ] Title Boundary or Easement |
| [ ] Property Division | [ ] Accounting (Probate) | [ ] Post Conviction Relief/Prisoner | [ ] Other ____ |
| [ ] Separate Maintenance | [ ] Birth Certificate Correction | [ ] Other ____ | **Torts** |
| [ ] Term. of Parental Rights-Chancery | [ ] Mental Health Commitment | **Contract** | [ ] Bad Faith |
| [ ] UIFSA (eff 7/1/97; formerly URESA) | [ ] Conservatorship | [ ] Breach of Contract | [ ] Fraud |
| [ ] Other ____ | [ ] Guardianship | [ ] Installment Contract | [ ] Intentional Tort |
| **Appeals** | [ ] Joint Conservatorship & Guardianship | [ ] Insurance | [ ] Loss of Consortium |
| [ ] Administrative Agency | [ ] Heirship | [ ] Specific Performance | [ ] Malpractice - Legal |
| [ ] County Court | [ ] Intestate Estate | [ ] Other ____ | [ ] Malpractice - Medical |
| [ ] Hardship Petition (Driver License) | [ ] Minor's Settlement | **Statutes/Rules** | [ ] Mass Tort |
| [ ] Justice Court | [ ] Muniment of Title | [ ] Bond Validation | [ ] Negligence - General |
| [ ] MS Dept Employment Security | [ ] Name Change | [ ] Civil Forfeiture | [X] Negligence - Motor Vehicle |
| [ ] Municipal Court | [ ] Testate Estate | [ ] Declaratory Judgment | [ ] Premises Liability |
| [ ] Other ____ | [ ] Will Contest | [ ] Injunction or Restraining Order | [ ] Product Liability |
| | [ ] Alcohol/Drug Commitment (Involuntary) | [ ] Other ____ | [ ] Subrogation |
| [ ] Alcohol/Drug Commitment (Voluntary) | | | [ ] Wrongful Death |
| [ ] Other | | | [ ] Other ____ |

IN THE <u>CIRCUIT</u> COURT OF <u>HINDS</u> COUNTY, MISSISSIPPI

<u>FIRST</u> JUDICIAL DISTRICT, CITY OF <u>Jackson</u>

Docket No. _____ - _____  _____    Docket No. If Filed
     File Yr     Chronological No.     Clerk's Local ID    Prior to 1/1/94_____

**DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages**
**IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET**

**Defendant #2:**

**Individual**: _____ _____ ( _____ ) _____ _____
     Last Name     First Name     Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** <u>Montrose Air Quality Service, LLC-California</u>
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____    *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual**: _____ _____ ( _____ ) _____ _____
     Last Name     First Name     Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____    *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual**: _____ _____ ( _____ ) _____ _____
     Last Name     First Name     Maiden Name, if Applicable     Middle Init.     Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

    Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

    D/B/A _____

**Business** _____
     Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

    D/B/A _____

**ATTORNEY FOR THIS DEFENDANT:** _____ Bar # or Name: _____    *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
HINDS COUNTY, MISSISSIPPI

BRYNT R. MAXWELL                                                    **PLAINTIFF**

VS.                                          CIVIL ACTION NO. _____23-367_____

CHRISTOPHER YOUNG AND
MONTROSE AIR QUALITY
SERVICE, LLC                                                       **DEFENDANTS**

## SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

TO:     **Montrose Air Quality Service, LLC**
        **c/o Corporation Service Company Inc., Registered Agent**
        **641 South Lawrence Street**
        **Montgomery, AL 36104**

NOTICE TO DEFENDANT

THE COMPLAINT WITH DISCOVERY ATTACHED WHICH IS ATTACHED TO THIS SUMMONS
IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint with Discovery
Attached to Paul Ott, attorney for the Plaintiff, Morgan and Morgan, PLLC, 4450 Old Canton Road, Suite 200,
Jackson, Mississippi 39211.  Your response must be mailed or delivered within (30) days from the date of
delivery of this summons and complaint with discovery attached or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time
afterward.

WITNESS MY SIGNATURE and seal of office this the 29th day of June, 2023.

ZACK WALLACE, CIRCUIT CLERK
Circuit Clerk of Hinds County, Mississippi

BY:_____, D.C.

Summons issued at the request of:
PAUL V. OTT, ESQ. (MSB #8742)
MORGAN & MORGAN, PLLC
4450 OLD CANTON RD., SUITE 200
JACKSON, MS 39211
TELEPHONE: (601) 503-1667
FACSIMILE: (601) 503-1613
POTT@FORTHEPEOPLE.COM



IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
HINDS COUNTY, MISSISSIPPI

BRYNT R. MAXWELL                                                          PLAINTIFF

VS.                                                          CIVIL ACTION NO. $23\,367$

CHRISTOPHER YOUNG AND
MONTROSE AIR QUALITY
SERVICE, LLC                                                          DEFENDANTS

### SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

**TO:**     **Christopher Young**
           **153 Lakeland Ridge**
           **Chelsea, AL 34043**

#### NOTICE TO DEFENDANT

THE COMPLAINT WITH DISCOVERY ATTACHED WHICH IS ATTACHED TO THIS SUMMONS
IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

        You are required to mail or hand-deliver a copy of a written response to the Complaint with Discovery
Attached to Paul Ott, attorney for the Plaintiff, Morgan and Morgan, PLLC, 4450 Old Canton Road, Suite 200,
Jackson, Mississippi 39211.  Your response must be mailed or delivered within (30) days from the date of
delivery of this summons and complaint with discovery attached or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

        You must also file the original of your response with the Clerk of this Court within a reasonable time
afterward.

        WITNESS MY SIGNATURE and seal of office this the 28th day of June, 2023.

                                    ZACK WALLACE, CIRCUIT CLERK
                                    Circuit Clerk of Hinds County, Mississippi

                                    BY:_____, D.C.

**Summons issued at the request of:**
PAUL V. OTT, ESQ. (MSB #8742)
MORGAN & MORGAN, PLLC
4450 OLD CANTON RD., SUITE 200
JACKSON, MS 39211
TELEPHONE: (601) 503-1667
FACSIMILE: (601) 503-1613
POTT@FORTHEPEOPLE.COM

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

BRYNT R. MAXWELL                                                          PLAINTIFF

VS.                                                          CIVIL ACTION NO.23-367

CHRISTOPHER YOUNG AND
MONTROSE AIR QUALITY
SERVICES, LLC                                                          DEFENDANTS

### <u>NOTICE OF SERVICE OF DISCOVERY</u>

TO:    Christopher Young
       153 Lakeland Ridge
       Chelsea, AL 34043

       Montrose Air Quality Service, LLC
       c/o Corporation Service Company Inc., Registered Agent
       641 South Lawrence Street
       Montgomery, AL 36104

       **NOTICE IS HEREBY GIVEN** that Plaintiff Brynt R. Maxwell, has served with the

Summon and Complaint in the above-entitled action:

1.    *Plaintiff First Set of Interrogatories Propounded to Defendant Christopher Young;*

2.    *Plaintiff First Set of Requests for Production of Documents and Things Propounded to Defendant Christopher Young;*

3.    *Plaintiff First Set of Interrogatories Propounded to Defendant Montrose Air Quality, LLC;* and

4.    *Plaintiff First Set of Requests for Production of Documents and Things Propounded to Defendant Montrose Air Quality, LLC.*

The undersigned retains the originals of the above papers as custodian thereof pursuant to

the local rules.

**RESPECTFULLY SUBMITTED**, this the 5th day of July, 2023.

BRYNT R. MAXWELL

BY: */s/ Paul V. Ott*_____
OF COUNSEL

PAUL V. OTT, ESQ. (MSB #8742)
MORGAN & MORGAN, PLLC
4450 OLD CANTON RD., SUITE 200
JACKSON, MS 39211
TELEPHONE: (601) 503-1667
FACSIMILE: (601) 503-1613
POTT@FORTHEPEOPLE.COM

## CERTIFICATE OF SERVICE

I, Paul V. Ott, of counsel for Brynt R. Maxwell, do hereby certify that I served with the

summon and complaint a true and correct copy of the above and foregoing pleading to:

Christopher Young
153 Lakeland Ridge
Chelsea, AL 34043

Montrose Air Quality Service, LLC
c/o Corporation Service Company Inc., Registered Agent
641 South Lawrence Street
Montgomery, AL 36104

THIS, the 5th day of July, 2023.

*/s/ Paul V. Ott*_____
PAUL V. OTT

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

BRYNT R. MAXWELL                                                    PLAINTIFF

VS.                                                    CIVIL ACTION NO.23-367

CHRISTOPHER YOUNG AND
MONTROSE AIR QUALITY
SERVICES, LLC                                                    DEFENDANTS

## <u>NOTICE OF SERVICE OF DISCOVERY</u>

TO:    Christopher Young
       153 Lakeland Ridge
       Chelsea, AL 34043

       Montrose Air Quality Service, LLC
       c/o Corporation Service Company Inc., Registered Agent
       641 South Lawrence Street
       Montgomery, AL 36104

       **NOTICE IS HEREBY GIVEN** that Plaintiff Brynt R. Maxwell, has served with the

Summon and Complaint in the above-entitled action:

1.    *Plaintiff First Set of Interrogatories Propounded to Defendant Christopher Young;*

2.    *Plaintiff First Set of Requests for Production of Documents and Things Propounded to Defendant Christopher Young;*

3.    *Plaintiff First Set of Interrogatories Propounded to Defendant Montrose Air Quality, LLC;* and

4.    *Plaintiff First Set of Requests for Production of Documents and Things Propounded to Defendant Montrose Air Quality, LLC.*

The undersigned retains the originals of the above papers as custodian thereof pursuant to

the local rules.

**RESPECTFULLY SUBMITTED**, this the 5th day of July, 2023.

BRYNT R. MAXWELL


BY: */s/ Paul V. Ott*_____
        OF COUNSEL

PAUL V. OTT, ESQ. (MSB #8742)
MORGAN & MORGAN, PLLC
4450 OLD CANTON RD., SUITE 200
JACKSON, MS 39211
TELEPHONE: (601) 503-1667
FACSIMILE: (601) 503-1613
POTT@FORTHEPEOPLE.COM


## CERTIFICATE OF SERVICE

I, Paul V. Ott, of counsel for Brynt R. Maxwell, do hereby certify that I served with the

summon and complaint a true and correct copy of the above and foregoing pleading to:

Christopher Young
153 Lakeland Ridge
Chelsea, AL 34043

Montrose Air Quality Service, LLC
c/o Corporation Service Company Inc., Registered Agent
641 South Lawrence Street
Montgomery, AL 36104

THIS, the  5th day of July, 2023.


*/s/ Paul V. Ott*_____
PAUL V. OTT

## **PROOF OF SERVICE**

Name of Person or Company served   Christopher Young                                                    .

     I, the undersigned process server, served the Trial Subpoena / Subpoena Duces Tecum / Summons and/or Complaint upon the person or company named above in the matter set forth below:

     _____ **FIRST CLASS MAIL AND ACKNOWLEDGMENT SERVICE.** By mailing first class, postage prepaid, on the date stated in the attached document(s), copies to the person served, together with copies of the form of notice and acknowledgment and return envelope, postage prepaid, addressed to the sender (Attach completed acknowledgment of receipt pursuant to M.R.C.P. form 1B).

     _____ **PERSONAL SERVICE.** I personally delivered copies to _____ on the _____ day of _____, 2023, where I found said person in _____ _____ County of the State of _____.

     \_\_✓\_\_ **RESIDENCE SERVICE.** After exercising reasonable diligence, I was unable to deliver copies to said person within _____Shelby_____ County, \_\_\_\_Alabama\_\_\_\_. I served the document(s) on the \_\_16th\_\_ day of _____July_____, 2023, at the usual place of abode of said person by leaving a true copy of the document(s) with _____Susan Young\_\_\_\_\_ _____, who is the \_\_\_\_\_wife\_\_\_\_\_ (husband, wife, son, daughter, etc.), a member of the family of the person served above the age of sixteen (16) years and willing to received the Summons and/or Complaint, and thereafter on the \_17th\_ day of _____July_____, 2023, I mailed, by first class mail, postage prepaid, copies to the person served at his or her usual place of abode where the copies were left.

     _____ **CERTIFIED MAIL SERVICE.** By mailing to an address outside/inside _____, by first class mail, postage prepaid and requiring a return receipt, copies to the person served. (Attach signed return receipt or the return envelope marked "Refused")

     At the time of service, I was at least eighteen (18) years of age and not a party to this action.

Fee for service: $_____

NAME:    Vicki Trucks / STRAT8GProcess, LLC.

ADDRESS:    5387 US Hwy 11

              Springville, AL 35146

TELEPHONE:  (205) 517-8226

**STATE OF** \_\_Alabama\_\_

**COUNTY OF** \_\_\_\_\_Shelby\_\_\_\_\_

     Personally appeared before me, the undersigned authority, in and for the State and County aforesaid, the within named VICKI TRUCKS, who being first by me duly sworn, states on oath that the matters and facts set forth in the foregoing *Proof of Service* are true and correct as therein stated.

                              Process Server (Signature)

     Sworn to and subscribed before me this the 17th day of \_\_\_\_July\_\_\_\_, 2023.

My commission expires:

June 1, 2027                        Heaven Brianna Faith George
                                         Notary Public (Signature)

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT OF
HINDS COUNTY, MISSISSIPPI

BRYNT R. MAXWELL                                                                      PLAINTIFF

VS.                                                      CIVIL ACTION NO. 23-367

CHRISTOPHER YOUNG AND
MONTROSE AIR QUALITY
SERVICE, LLC                                                                         DEFENDANTS

## SUMMONS

**STATE OF MISSISSIPPI**
**COUNTY OF HINDS**

**TO:    Christopher Young**
**153 Lakeland Ridge**
**Chelsea, AL 34043**

NOTICE TO DEFENDANT

THE COMPLAINT WITH DISCOVERY ATTACHED WHICH IS ATTACHED TO THIS SUMMONS
IS IMPORTANT AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint with Discovery
Attached to Paul Ott, attorney for the Plaintiff, Morgan and Morgan, PLLC, 4450 Old Canton Road, Suite 200,
Jackson, Mississippi 39211. Your response must be mailed or delivered within (30) days from the date of
delivery of this summons and complaint with discovery attached or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a reasonable time
afterward.

WITNESS MY SIGNATURE and seal of office this the 28th day of June, 2023.

ZACK WALLACE, CIRCUIT CLERK
Circuit Clerk of Hinds County, Mississippi

BY:_____, D.C.

**Summons issued at the request of:**
PAUL V. OTT, ESQ. (MSB #8742)
MORGAN & MORGAN, PLLC
4450 OLD CANTON RD., SUITE 200
JACKSON, MS 39211
TELEPHONE: (601) 503-1667
FACSIMILE: (601) 503-1613
POTT@FORTHEPEOPLE.COM

**MORGAN & MORGAN**

7/26/2023

*13996191*
Christopher Young
153 Lakeland Ridge
Chelsea, AL 34043

RE:    *Brynt Maxwell vs. Christopher Young and Montrose Air Quality Service, LLC;* In the
       Circuit Court of the First Judicial District of Hinds County, Mississippi; Civil Action
       No. 23-367

Dear Mr. Young:

       Enclosed please find a copy of the Proof of Service, along with the Summons and
Complaint that was served on your wife Susan Young on July 16, 2023.

Sincerely,

Shannon Whitfield
Paralegal to Paul V. Ott


Cc: Zack Wallace, Circuit Clerk of Hinds County

## IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
## FIRST JUDICIAL DISTRICT

**BRYNT R. MAXWELL**                                                      **PLAINTIFF**

**VS.**                                                      **CIVIL ACTION NO. 2023-367**

**CHRISTOPHER YOUNG AND**
**MONTROSE AIR QUALITY**
**SERVICES, LLC**                                                      **DEFENDANTS**

### NOTICE OF FILING NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendants Christopher Young and Montrose Air Quality

Services, LLC have removed the captioned action to the U.S. District Court for the Southern

District of Mississippi, Northern Division.[1]

**PLEASE TAKE FURTHER NOTICE** that by filing the Notice of Removal with the U.S.

District Court for the Southern District of Mississippi and filing this Notice of Filing of Notice of

Removal with this Court, as is required by 28 U.S.C. § 1446(d), this Court is divested of

jurisdiction of the captioned action, and this Court shall proceed no further with respect to the

captioned action unless and until it is remanded. *See* 28 U.S.C. § 1446(d).

Dated:  August 15, 2023.

Respectfully submitted,

**CHRISTOPHER YOUNG AND**
**MONTROSE AIR QUALITY**
**SERVICES, LLC**

By Their Attorneys,

*s/Ben T. Woodhouse*
  BEN T. WOODHOUSE

---

[1] A copy of Defendants' Notice of Removal is attached hereto as Exhibit A.

1

285766435v.1

OF COUNSEL:
Ben Woodhouse (MS Bar No. 105585)
Ericson Enger (MS Bar No. 105808)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
1400 Meadowbrook Road, Suite 100
Jackson, MS 39211
601.499.8082 (Direct)
601.499.8077 (Main)
601.499.8078 (Fax)
ben.woodhouse@wilsonelser.com
ericson.enger@wilsonelser.com

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I filed the foregoing document with the Court's electronic

filing system which forwarded a copy to all counsel of record.

Dated: August 15, 2023.

*s/Ben T. Woodhouse*
    BEN T. WOODHOUSE

285766435v.1

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**BRYNT R. MAXWELL**                                                           **PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO. _____**

**CHRISTOPHER YOUNG AND**
**MONTROSE AIR QUALITY**
**SERVICES, LLC**                                                              **DEFENDANTS**

<u>**NOTICE OF REMOVAL**</u>

Defendants Christopher Young and Montrose Air Quality Services, LLC (hereinafter "Defendants") give this Notice of Removal of this action from the Circuit Court of Hinds County, Mississippi, to the United States District Court for the Southern District of Mississippi, Northern Division, under 28 U.S.C. §§ 1332, 1441, and 1446 states as follows:

1.       On June 28, 2023, Plaintiff filed a Complaint styled *Brynt R. Maxwell v. Christopher Young and Montrose Air Quality Services, LLC*, Cause No. 23-367, in the Circuit Court of Hinds County, Mississippi. Plaintiff served Christopher Young on July 16, 2023 and Montrose Air Quality Services, LLC on June 28, 2023.

2.       In the Complaint, Plaintiff alleges negligence against Defendants. [*See* Ex. 1].

3.       [A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. §1441(a). Pursuant to 28 U.S.C. §1332(a), "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states . . . ."

285707523v.2

**EXHIBIT A**

4.      This is an action over which this Court has original jurisdiction under 28 U.S.C. §1332, and may therefore be removed to this Court under 28 U.S.C. §1441. Complete diversity exists between the parties.

5.      Plaintiff is seeking damages in excess of $75,000. [*See* Ex. 1, *Paragraph beginning with Wherefore*].

6.      Plaintiff is domiciled in Byram, Hinds County, Mississippi and is therefore a resident citizen of Mississippi. [*See* Ex. 1, ¶1].

7.      Defendant Christopher Young is domiciled in Alabama and is therefore a resident citizen of Alabama. [See Ex. 1, ¶2].

8.      Defendant Montrose Air Quality Services, LLC is a Delaware limited liability company with its principal place of business in North Little Rock, Arkansas. The sole member of Montrose Air Quality Services, LLC is Montrose Measurements and Analytics, LLC, which is a Delaware limited liability company with its principal place of business in Arkansas. The sole member of Montrose Measurements and Analytics, LLC is Montrose Environmental Group, Inc., which is a Delaware corporation with its principal place of business in Arkansas.    "[T]he citizenship of a LLC is determined by the citizenship of all of its members." *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1080 5th Cir. 2008).

9.      As described hereinabove, Plaintiff is a resident citizen of Mississippi, and Defendant Young is a resident citizen of Alabama and Defendant Montrose Air Quality Services, LLC is a Delaware LLC whose sole member is Montrose Measurements and Analytics, LLC, which is a Delaware LLC with its principal place of business in Arkansas and whose sole member is Montrose Environmental, Group, Inc., which is a Delaware corporation with its principal place

of business in Arkansas. Plaintiff seeks damages in excess of $75,000. As such, diversity jurisdiction is satisfied.

10.    Therefore, this Court has original jurisdiction over the matter and Defendants may remove the state claim to this Court under 28 U.S.C. §1441.

11.    A Notice of Removal must be filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ." 28 U.S.C. §1446(b)(1). The removal requirements of 28 U.S.C. §1446 are satisfied because the Defendants were served with the Complaint on July 16, 2023 and are filing this Notice of Removal within 30 days of service. [*See* Doc. 1].

12.    The true and correct copy of Plaintiff's Complaint is attached hereto. [*See* Ex. 1, Complaint]. Further, a copy of the complete state court file from the Circuit Court of Hinds County, Mississippi, has been submitted pursuant to 28 U.S.C. § 1446 and Local Rule 5(b).

13.    For the reasons explained above, this case is removable pursuant to 28 U.S.C. §1332 and 28 U.S.C. §1441 and the requirements of 28 U.S.C. §1446 have been met.

14.    Venue of this removed action is proper under 28 U.S.C. §1441(a) because this Court is the United States District Court for the district embracing the place wherein the removed action is pending: the Circuit Court of Hinds County, Mississippi.

15.    At the time of this Notice of Removal, a copy of the Notice will be sent for filing with the Circuit Clerk of Hinds County, Mississippi and served upon all counsel of record.

16.    By filing this Notice of Removal, Defendants do not waive any defenses which may be available to them.

285707523v.2

**WHEREFORE, PREMISES CONSIDERED,** Defendants, Christopher Young and Montrose Air Quality Services, LLC respectfully submit this Notice of Removal to this Court.

Dated:   August 15, 2023.

Respectfully submitted,

**CHRISTOPHER YOUNG AND
MONTROSE AIR QUALITY
SERVICES, LLC**

By Their Attorneys,

*s/Ben T. Woodhouse*
   BEN T. WOODHOUSE

OF COUNSEL:
Ben Woodhouse (MS Bar No. 105585)
Ericson Enger (MS Bar No. 105808)
WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
1400 Meadowbrook Road, Suite 100
Jackson, MS 39211
601.499.8082 (Direct)
601.499.8077 (Main)
601.499.8078 (Fax)
ben.woodhouse@wilsonelser.com
ericson.enger@wilsonelser.com

285707523v.2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing document with the Clerk of the Court using its electronic filing system which sent notification of such filing to all counsel of record.

Dated:  August 15, 2023.

_s/Ben T. Woodhouse_
BEN T. WOODHOUSE

285707523v.2

Case 3:23-cv-00535-CWR-LGI   Document 2   Filed 08/15/23   Page 26 of 30
Case: 25CI1:23-cv-00367-AHW   Document #: 9-1   Filed: 08/15/2023   Page 6 of 10

Case: 25CI1:23-cv-00367-AHW   Document #: 2   Filed: 06/28/2023   Page 1 of 5

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

BRYNT R. MAXWELL                                              PLAINTIFF

VS.                                          CIVIL ACTION NO. 23-367

CHRISTOPHER YOUNG AND
MONTROSE AIR QUALITY
SERVICES, LLC                                                DEFENDANTS

## COMPLAINT WITH DISCOVERY ATTACHED
## JURY TRIAL REQUESTED

COMES NOW Brynt R. Maxwell, by and through counsel, and for cause of action against

the defendant, Christopher Young and Montrose Air Quality Services, LLC, states and alleges the

following:

1.

Brynt R. Maxwell is an adult resident citizen of Byram, Hinds County, Mississippi.

2.

Christopher Young is an adult resident citizen of Chelsea, Alabama, and may be served with

process at 153 Lakeland Ridge, Chelsea, Alabama 35043.

3.

Montrose Air Quality Services, LLC is a California Limited Liability Company organized

and existing under the laws of the State of California; is not licensed to do but is doing business in

the State of Mississippi; has its principal place of business at 1 Park Plaza, Suite 1000, Irvine, CA

92614; and, may be served by and through service upon its registered agent for service,

Corporation Service Company, Inc., 641 South Lawrence Street, Montgomery, AL 36104.

4.

This Court has jurisdiction over this matter pursuant to the Mississippi Constitution and the

1

**EXHIBIT 1**

Case 3:23-cv-00535-CWR-LGI    Document 2    Filed 08/15/23    Page 27 of 30
Case: 25CI1:23-cv-00367-AHW    Document #: 9-1    Filed: 08/15/2023    Page 7 of 10

Case: 25CI1:23-cv-00367-AHW    Document #: 2    Filed: 06/28/2023    Page 2 of 5

laws of the State of Mississippi. Venue is proper in this Honorable Court as the acts complained of occurred in whole or in part in Hinds County, Mississippi.

5.

On or about March 14, 2023, Brynt R. Maxwell was operating a vehicle which was involved in a motor vehicle collision that occurred on Siwell Road in Byram, Hinds County, Mississippi. At such time, Brynt R. Maxwell was traveling east on Siwell Road. At the same time and place, Christopher Young was traveling west on Siwell Road and attempting to turn left to travel south on Terry Road.

6.

As Brynt R. Maxwell was attempting to travel east on Siwell Road, suddenly and without warning, Christopher Young failed to yield the right of way to Brynt R. Maxwell, attempted to turn left to travel south on Terry Road and collided with the vehicle being operated by Brynt R. Maxwell.

7.

Brynt R. Maxwell was operating his vehicle in a lawful and prudent manner at the time of the collision and was not negligent in the operation of his vehicle.

8.

The collision and resulting damages to Brynt R. Maxwell were directly and proximately caused by the negligence of Christopher Young in the following ways:

(a)    Failing to obey the traffic signs;

(b)    Failing to keep his vehicle under reasonable and proper control;

(c)    Failing to keep a reasonable and proper lookout as he operated his vehicle;

(d)    Failing to yield the right of way;

2

Case 3:23-cv-00535-CWR-LGI    Document 2    Filed 08/15/23    Page 28 of 30
Case: 25CI1:23-cv-00367-AHW    Document #: 9-1    Filed: 08/15/2023    Page 8 of 10

Case: 25CI1:23-cv-00367-AHW    Document #: 2    Filed: 06/28/2023    Page 3 of 5

(e)    Failing to obey traffic signals;

(f)    Failing to abide by the Rules of the Road;

(g)    Operating his vehicle in a careless and negligent manner;

(h)    Failing to give adequate warnings of a collision;

(i)    Causing his vehicle to collide into the Plaintiff; and/or,

(j)    Other acts of omission and commission to be named in a trial of this matter.

9.

At all relevant times hereto, Christopher Young was operating a vehicle owned and maintained by Montrose Air Quality Services, LLC and was acting in the course and scope of his employment with Montrose Air Quality Services, LLC. As such, Montrose Air Quality Services, LLC is vicariously liable for any and all negligent acts of Christopher Young under the theory of Respondeat Superior and/or vicarious liability as the employer of Christopher Young or as owner and maintainer of the vehicle Christopher Young was operating at the time of the collision.

10.

As a result of Christopher Young's negligent acts and/or omissions, Brynt R. Maxwell has suffered past, present, and future medical expenses; past, present, and future loss of wages or wage-earning capacity; past, present, and future loss of household services; disfigurement; impairment; disability; property damage; and, past, present, and future pain and suffering and resulting emotional distress and mental anguish and the loss of enjoyment of life.

11.

Based on the foregoing, Brynt R. Maxwell requests an award of damages including but not limited to the following:

3

Case 3:23-cv-00535-CWR-LGI   Document 2   Filed 08/15/23   Page 29 of 30
Case: 25CI1:23-cv-00367-AHW   Document #: 9-1   Filed: 08/15/2023   Page 9 of 10

Case: 25CI1:23-cv-00367-AHW   Document #: 2   Filed: 06/28/2023   Page 4 of 5

1. Past, present, and future pain and suffering and resulting emotional distress and mental anguish;

2. Loss of enjoyment of life;

3. Past, present, and future loss of wages or wage-earning capacity;

4. Past, present, and future loss of household services;

5. Disfigurement, impairment and disability;

6. Past medical expenses;

7. Future medical expenses;

8. Property damage;

9. Pre-judgment interest;

10. Post-judgment interest; and,

11. All costs of court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Brynt R. Maxwell, demands judgment against Christopher Young and Montrose Air Quality Services, LLC in an amount in excess of $75,000, exclusive of interest and costs, and in excess of the jurisdictional minimum of this court and to be determined by a jury to adequately compensate the plaintiff for his injuries; pre-judgment and post-judgment interest; his costs in pursuing this lawsuit; and any other relief to which he may be entitled under Mississippi Law.

RESPECTFULLY SUBMITTED, this the _26th_ day of June, 2023.

BRYNT R. MAXWELL

BY: _____
OF COUNSEL

4

Case 3:23-cv-00535-CWR-LGI    Document 2    Filed 08/15/23    Page 30 of 30
Case: 25CI1:23-cv-00367-AHW    Document #: 9-1    Filed: 08/15/2023    Page 10 of 10

Case: 25CI1:23-cv-00367-AHW    Document #: 2    Filed: 06/28/2023    Page 5 of 5

PAUL V. OTT, ESQ. (MSB #8742)
MORGAN & MORGAN, PLLC
4450 OLD CANTON RD., SUITE 200
JACKSON, MS 39211
TELEPHONE: (601) 503-1667
FACSIMILE: (601) 503-1613
POTT@FORTHEPEOPLE.COM